The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE:<br><br>Gary Rosenthal<br><br>Debtor. | 2:25-cv-00828-RSL<br><br>WAW internal appeal No. 25-S005<br><br>DECLARATION OF GARY ROSENTHAL IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL |
| Gary Rosenthal,<br><br>*Plaintiff,*<br><br>v.<br><br>NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC,<br><br>*Defendants.* | |

DECLARATION OF GARY ROSENTHAL
IN SUPPORT OF EMERGENCY MOTION
FOR STAY PENDING APPEAL

Devlin Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

I, Gary Rosenthal, declare as follows:

1.  I am over 18 years of age and competent to testify. I am the owner and resident of the property located at 20228 23rd Place NW, Shoreline, Washington, where I have lived continuously for over 15 years. This home has served as the center of my family life and as a place of care for my aging parents.

2.  In 2016, both of my elderly parents moved in with me due to declining health, and I became their full-time caregiver. This role consumed much of my time, energy, and resources.

3.  My father passed away in 2019, and my mother—who had helped contribute to household expenses, including the mortgage—passed away in 2023. Their deaths caused profound emotional distress and left me without the financial support they had provided, which significantly contributed to my inability to stay current on my mortgage.

4.  At the time, I was also facing personal financial instability. The COVID-19 pandemic derailed my marine science career, and probate delays hindered my access to funds from my mother's estate. I lacked a cell phone, internet access, or a working computer. I lived in emotional isolation, without the tools to respond to mail or legal notices.

5.  At the time of the foreclosure, I did not understand that I still owned my home or that I had any remaining legal rights after the auction. I genuinely believed that once the foreclosure process started, I had no interest in the property unless I bought the loan current. I did not even know a lawyer could assist me. Had I understood these rights earlier, I would have acted to protect them.

6.  My misunderstanding was compounded by the fact that I was in deep grief following my mother's recent death and struggling to access funds from her estate. I did not have a cell phone, computer, or reliable internet access, and I was trying to manage the

1

DECLARATION OF GARY ROSENTHAL
IN SUPPORT OF EMERGENCY MOTION
FOR STAY PENDING APPEAL

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

emotional and practical fallout on my own. It was only after my sister explained that bankruptcy might offer a legal avenue that I took immediate steps to seek counsel and preserve my rights.

7. I was overwhelmed by grief and confusion following my mother's death and was not in a position to meaningfully respond to the foreclosure process. At the time, I lacked a phone, internet access, and anyone to guide me.

8. The Trustee's auction of my home took place on September 20, 2024, and I filed for Chapter 13 bankruptcy on September 24, 2024, at 2:56 p.m. approximately one hour after the trustee mailed the trustee's deed to the purchaser.

9. Since my bankruptcy filing, I have secured conditional approval for a reverse mortgage, which would allow me to pay off any outstanding mortgage obligations and retain ownership of my home if I am allowed to remain.

10. I have also become eligible for Social Security in the amount of $2,100 a month and received a lump sum from an inherited IRA, and quarterly disbursements of $2,600 from another inherited IRA that will last another four and a half years.

11. I continue to maintain property insurance on my home and have paid the April property taxes and will continue to do so for the duration of this appeal. Since the bankruptcy filing, I have also obtained a senior tax exemption from the county, which lowers my financial burden.

12. Since this lawsuit was filed, I have posted a $43,000 bond using funds from an inherited IRA that became available to me after my bankruptcy filing, in order to support the preliminary injunction. However, I have limited additional resources available to increase that amount with further cash, and I continue to pay monthly Chapter 13 plan payments of $1,310 into the bankruptcy court.

13. I have also diligently pursued financing options and consulted with multiple bond providers, but was unable to obtain a traditional supersedeas bond. Due to my bankruptcy

2

DECLARATION OF GARY ROSENTHAL
IN SUPPORT OF EMERGENCY MOTION
FOR STAY PENDING APPEAL

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

1  status and the absence of a fixed damages award, most surety companies declined to issue a
2  bond. Due to my bankruptcy status and the absence of a fixed damages award, most surety
3  companies declined to issue a bond. I therefore respectfully request that the currently funded
4  cash bond for the preliminary injunction be extended and applied to the pending appeal.

5      14.    This home is my only residence, and I have no backup plan if I lose it. I
6  respectfully ask the Court to stay the effect of the foreclosure judgment while my appeal
7  proceeds, as losing this property would cause irreparable harm and moot the legal issues I am
8  pursuing in good faith.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON IN THAT THE FOREGOING IS TRUE AND CORRECT

Executed this 7th day of May 2025, in Shoreline, Washington.

*/s/ Gary Rosenthal*
Gary Rosenthal

3

DECLARATION OF GARY ROSENTHAL
IN SUPPORT OF EMERGENCY MOTION
FOR STAY PENDING APPEAL

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010