UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>GARY ROSENTHAL | NO. C25-828RSL<br><br>MINUTE ORDER |
| GARY ROSENTHAL,<br>        Plaintiff,<br>vs.<br>NEWREZ, LLC, et al.,<br>        Defendants. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to the Honorable Jamal N. Whitehead. The cause number in this case is changed to **C25-828JNW** which reflects the initial of the Judge to which this case was reassigned.

DATED this 8th day of May, 2025.

                                                  s/Victoria Ericksen
                                                  by Victoria Ericksen, Deputy Clerk
                                                  to Hon. Robert S. Lasnik

MINUTE ORDER - 1