The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gary Rosenthal, | Dist. Ct. Case No. 2:25-cv-00828-JNW |
| *Appellant,* | BK No. 25-01010-CMA |
| v. | WAW internal appeal No. 25-S005 |
| NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC, | |
| *Appellees.* | STIPULATED MOTION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES |
| | NOTED FOR HEARING ON June 24, 2025 |

STIPULATED MOTION AND ORDER
FOR EXTENSION OF BRIEFING
DEADLINES

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

## I. CERTIFICATION OF COMPLIANCE

Appellant/Debtor Gary Rosenthal ("Rosenthal") Appellees NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC ("NewRez"), Buda Hill, LLC ("Buda Hill"), and Eastside Funding, LLC ("Eastside Funding, LLC"), through their respective counsel, stipulate under Local Civil Rule 7(j) to request an extension of the briefing deadlines for the bankruptcy appeal in this case as follows:

1. Counsel for Rosenthal reached out to counsel for the Appellees on the morning of June 24, 2025 to see if there was any opposition to a continuance of four days for the opening brief deadline set for Friday June 27, 2025 to Tuesday July 2, 2025 if the response and reply deadlines are similarly continued out an additional four days, and they agreed. Thus, the Parties stipulate that the following deadlines be continued:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Deadline for Opening Brief on Appeal | June 27, 2025 | July 1, 2025 |
| Response Brief on Appeal | July 28, 2025 | August 1, 2025 |
| Reply Brief on Appeal | August 11, 2025 | August 15, 2025 |

2. This is the first request to extend the briefing deadlines (Dkt No. 18).

3. The Parties have good cause for this extension of the deadlines as Rosenthal's Counsel had an urgent briefing matter yesterday, an additional briefing deadline in Bankruptcy Court on Thursday, June 26, 2025, as well as preparations with co-counsel for an oral argument before the Washington State Supreme Court also on Thursday, July 26, 2025 and an additional four days is needed to complete the draft to give the Court the best quality Opening Brief for this Court. In turn, the an extension of the response and reply deadlines by four days would fairly accommodate all parties.

4. Thus, the Parties seek the Court's permission to adjust the initial schedule as described herein.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF BRIEFING
DEADLINES

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Respectfully Submitted this June 24, 2025

Stipulated to by:

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
*chenry@devlinlawfirm.com*
DEVLIN LAW FIRM LLC
6100 219th St. SW, Ste. 480
PMB 398
Mountlake Terrace, WA 98043-2222
Counsel for Appellant Gary Rosenthal

By: */s/ Michael M. Sperry*
Michael M. Sperry, WSBA# 43760
John McIntosh, WSBA# 43113
Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108-3316
Counsel for Appellees Buda Hill, LLC
and Eastside Funding, LLC

By: */s/ Chancelor K. Eagle*
Chancelor K. Eagle, WSBA# 60914
Greg A. Hensrude, WSBA# 4918
Klinedinst, PC
1325 4th Ave, Ste 1335
Seattle, WA 98101
Counsel for NewRez, LLC, d/b/a
Shellpoint Mortgage Services, LLC

2

STIPULATED MOTION AND ORDER
FOR EXTENSION OF BRIEFING
DEADLINES

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

**ORDER**

After reviewing the stipulation by the Parties for an Order extending the deadlines for the briefing on appeal, and good cause appearing, therefore, it is hereby,

ORDERED that:

1. The deadlines for the appeals briefing schedules are extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Deadline for Opening Brief on Appeal | June 27, 2025 | July 1, 2025 |
| Response Brief on Appeal | July 28, 2025 | August 1, 2025 |
| Reply Brief on Appeal | August 11, 2025 | August 15, 2025 |

DATED this 25th day of June, 2025.

Hon. Jamal N. Whitehead
United States District Court Judge

3

STIPULATED MOTION AND ORDER
FOR EXTENSION OF BRIEFING
DEADLINES

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010